**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| PITTSBURGH LOGISTICS SYSTEMS, INC., | : | No. 453 WAL 2017 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MICHAEL CERAVOLO, AN ADULT INDIVIDUAL, MARY COLEMAN, AN ADULT INDIVIDUAL, NATALIE HENNINGS, AN ADULT INDIVIDUAL, AND RACQUEL PAKUTZ, AN ADULT INDIVIDUAL, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.